UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

WILLIE J. CANTRELL,

    Plaintiff,

v.

                                    No. 6:23-CV-055-H

JOHN WESTERMAN, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed with prejudice as time-barred and for failure to state a claim. Dkt. No. 25. No objections were filed, and the plaintiff has taken no action in this case since April 2025. *See* Dkt. No. 24.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed with prejudice as time-barred and for failure to state a claim.

So ordered on April 27, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE